# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-413
_____

CRYSHAN MUHAMMAD,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Department of Children and Families.
Paula Ali, Hearing Officer.

May 17, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Cryshan Muhammad, pro se, Appellant.

Stacey L. West, General Counsel of Family Support Services of North Florida, Inc., Jacksonville, for Appellee.